**FILED - GR**
December 2, 2024 10:08 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY JMW   SCANNED BY: \_\_ / 12-2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.

KERRY CHRISTIAN HEUHS,

              Defendant.

_____/

Case No.

Hon.

**1:24-cr-181**

**Hala Y. Jarbou**
**Chief U.S. District Judge**

**FELONY INFORMATION**

The United States Attorney charges:

(Attempt to Evade or Defeat Tax)

On or about May 25, 2018, in Ingham County, in the Southern Division of the Western District of Michigan,

KERRY CHRISTIAN HEUHS,

a resident of Holt, Michigan, who during the calendar year 2016 was married, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America for the calendar year 2016, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service.  In that false return, it was stated that the joint taxable income of KERRY CHRISTIAN HEUHS and his spouse for the calendar year 2016 was the sum of $105.00 and that the amount of tax due and owing thereon was $634.00.  In fact, as KERRY CHRISTIAN HEUHS knew, their joint taxable income for the calendar year 2016 was more than $105.00, upon which joint taxable income there was owing to the United States of America a total income tax of more than $100,000.00.

**26 U.S.C. § 7201**

MARK A. TOTTEN
United States Attorney

Dated: December 2, 2024

_Adam A. Townshend_

ADAM B. TOWNSHEND
Assistant U.S. Attorney